# United States Court of Appeals
## For the First Circuit

No. 20-1512

STERLING SUFFOLK RACECOURSE, LLC,

Plaintiff, Appellant,

v.

WYNN RESORTS, LTD.; WYNN, MA,LLC; STEPHEN WYNN; KIMMARIE SINATRA; MATTHEW MADDOX; FBT EVERETT REALTY,LLC,

Defendants, Appellees,

PAUL LOHNES,

Defendant.

**ERRATA SHEET**

The opinion of this Court, issued on March 3, 2021, is amended as follows:

On the cover page, please remove the underling from the comma following "Aaron M. Katz".

On page 11, line 3, please replace "a" with "the".

On page 12, line 15, please replace "support" with "supports".

On page 12, line 20, please replace "Indem." with "Indemnity".